UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MARCOS CALCANO, :
:
                      Plaintiff, :
: 21-CV-2063 (JMF)
    -v- :
: ORDER
:
LEGEND NUMISMATIC AUCTIONS LIMITED :
LIABILITY COMPANY et al., :
:
                    Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's March 11, 2021 Order, ECF No. 8, the parties were required to file a joint letter (unless Defendants had not appeared, in which case Plaintiff was required to file the letter individually) — the contents of which are described therein — no later than 100 days from the date of that Order. To date, Plaintiff has not filed the required letter. As a courtesy, Plaintiff's deadline is hereby EXTENDED, *nunc pro tunc*, to **July 2, 2021**.

      SO ORDERED.

Dated: June 28, 2021
       New York, New York
                                              JESSE M. FURMAN
                                              United States District Judge